■ Anna O. Rubien et al., v. Philip Y. Hahn.— Motion for resettlement granted to the extent of resettling the order of this court, entered on June 14, 1962, to reflect an affirmance of the order of the Supreme Court, New York County, entered on March 1, 1961, denying plaintiffs' motion for rehearing and

reconsideration. In all other respects, the motion is denied. Submit resettled order. Concur — Botein, P. J., Breitel, Valente, Steuer and Bergan, JJ.